# RESOLUTION BY THE OWNER(S) OF ROADONE TRANSPORTATION INCORPORATED

**WHEREAS**, the corporation is insolvent and unable to pay its debts when due, and

**WHEREAS**, the corporation, its creditors, and all interested parties would be best served by liquidation of the corporation under chapter 7 of the United States Bankruptcy Code, and

**WHEREAS**, it is necessary for the corporation to engage counsel to advise the corporation of its rights and obligations under the Bankruptcy Code and to assist it in fulfillment of those obligations.

**NOW, THEREFORE, BE IT RESOLVED** that Tabassum Matyakubova, as Principal, is authorized and directed to engage counsel, namely Cibik Law, P.C., to represent the corporation in bankruptcy proceedings, and

**BE IT FURTHER RESOLVED** that Tabassum Matyakubova, as Principal, is authorized and directed to sign a petition for relief under chapter 7 of the United States Bankruptcy Code and to assist counsel in fulfilling the corporation's obligations under the Bankruptcy Code.



*I, Tabassum Matyakubova, Principal of Roadone Transportation Incorporated, do hereby certify that the foregoing is a true, complete, and accurate copy of the resolution duly adopted by the owner(s) of the corporation by unanimous consent on this date, that the resolution is now in full force and effect, and that the owner(s) did and do have authority to adopt the said resolution.*

*IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of the corporation on this 29th day of September, 2025.*

_____
Tabassum Matyakubova (Sep 29, 2025 16:53:47 EDT)

Tabassum Matyakubova
Principal