# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　　　Roadone Transportation, Inc.,<br><br>　　　　　　　　　　　　Debtor. | Case No. 25-13943-AMC<br><br>Chapter 7 |

### Rule 7007.1 Statement About Corporate Ownership

**AND NOW**, Pursuant to Fed. R. Bankr. P. 7007.1 and to enable the court to evaluate possible disqualification or recusal, the undersigned counsel for the debtor in the above captioned action certifies there are no entities to report under Rule 7007.1.

Date: September 30, 2025

　　　　　　　　　　　　　　　　CIBIK LAW, P.C.
　　　　　　　　　　　　　　　　*Counsel for Debtor*

　　　　　　　　　　　　　　　　By: /s/ Michael A. Cibik
　　　　　　　　　　　　　　　　Michael A. Cibik (#23110)
　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　mail@cibiklaw.com