Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Eastern District of Pennsylvania**

Case number (if known): **25-13943**    Chapter **7**

☑ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**    **FlyCar, Inc.**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    9 9 – 1 3 7 3 0 3 6

**4. Debtor's address**

Principal place of business

**c/o Andrew Miles**

**435 Kismet Terrace**
Number    Street

**Philadelphia, PA 19115**
City        State    ZIP Code

**Philadelphia**
County

Mailing address, if different from principal place of business

_____

_____
Number    Street

_____
City        State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____

_____
Number    Street

_____
City        State    ZIP Code

**5. Debtor's website (URL)**    _____

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **1**

Debtor  **FlyCar, Inc.** _____    Case number *(if known)* __**25-13943**__
     Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❏ Railroad (as defined in 11 U.S.C. §101(44))<br>❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❏ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>❏ Tax-exempt entity (as described in 26 U.S.C. §501)<br>❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br>___ ___ ___ ___ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☑ Chapter 7<br><br>❏ Chapter 9<br><br>❏ Chapter 11. *Check all that apply:*<br>   ❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>   ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>   ❏ A plan is being filed with this petition.<br>   ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br><br>❏ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>❏ Yes.  District _____  When _____  Case number _____<br>                                          MM / DD / YYYY<br>         District _____  When _____  Case number _____<br>                                          MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>❏ Yes.  Debtor _____  Relationship _____<br>         District _____  When _____<br>                                                      MM / DD / YYYY<br>         Case number, if known _____ |

| Debtor | **FlyCar, Inc.** | Case number *(if known)* | **25-13943** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* | |
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | ❑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No | |
| | ❑ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. | |
| | **Why does the property need immediate attention?** *(Check all that apply.)* | |
| | ❑   It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. | |
| | What is the hazard? _____ | |
| | ❑   It needs to be physically secured or protected from the weather. | |
| | ❑   It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). | |
| | ❑   Other _____ | |
| | **Where is the property?** _____ | |
| | Number     Street | |
| | _____ | |
| | _____ | |
| | City                                      State     ZIP Code | |
| | **Is the property insured?** | |
| | ❑ No | |
| | ❑ Yes.    Insurance agency _____ | |
| | Contact name _____ | |
| | Phone _____ | |

### Statistical and administrative information

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* | |
| | ❑ Funds will be available for distribution to unsecured creditors. | |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |
| **14. Estimated number of creditors** | ☑ 1-49    ❑ 50-99        ❑ 1,000-5,000    ❑ 5,001-10,000        ❑ 25,001-50,000    ❑ 50,000-100,000 | |
| | ❑ 100-199    ❑ 200-999    ❑ 10,001-25,000        ❑ More than 100,000 | |
| **15. Estimated assets** | ☑ $0-$50,000        ❑ $1,000,001-$10 million        ❑ $500,000,001-$1 billion | |
| | ❑ $50,001-$100,000        ❑ $10,000,001-$50 million        ❑ $1,000,000,001-$10 billion | |
| | ❑ $100,001-$500,000        ❑ $50,000,001-$100 million        ❑ $10,000,000,001-$50 billion | |
| | ❑ $500,001-$1 million        ❑ $100,000,001-$500 million        ❑ More than $50 billion | |

Debtor  **FlyCar, Inc.**                                                                  Case number *(if known)* **25-13943**
      Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **10/10/2025**
                MM/ DD/ YYYY

X  **/s/ Tabassum Matyakubova**                                **Tabassum Matyakubova**
Signature of authorized representative of debtor                   Printed name

Title  **Principal**

**18. Signature of attorney**

X   **/s/ Michael A. Cibik**                                Date  **10/10/2025**
Signature of attorney for debtor                                          MM/ DD/ YYYY

**Michael A. Cibik**
Printed name

**Cibik Law, P.C.**
Firm name

**1500 Walnut Street Suite 900**
Number    Street

**Philadelphia**                                        **PA**        **19102**
City                                                                State       ZIP Code

**(215) 735-1060**                                        **cibik@cibiklaw.com**
Contact phone                                                Email address

**23110**                                                **PA**
Bar number                                                State