**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **FlyCar, Inc.** |
| United States Bankruptcy Court for the: | **Eastern** District of **Pennsylvania** (State) |
| Case number (If known): | **25-13943** Chapter **7** |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?
   - ☑ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

   [Entries 2.1 through 2.5 are blank]

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    page 1 of **1**