# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | CHAPTER 7 |
| | : | |
| **FLYCAR, INC.** | : | BANKRUPTCY NO. 25-13943 (AMC) |
| | : | |
| **Debtor** | : | |
| | : | |

## NOTICE OF CHANGE FROM NO ASSET TO ASSET
## AND REQUEST TO THE CLERK TO FIX BAR DATE
## TO FILE CLAIMS AGAINST THE ESTATE

TO FREDERIC J. BAKER, ASSISTANT UNITED STATES TRUSTEE, Robert W. Seitzer, the Trustee in the above-captioned matter, after due inquiry, having discovered assets hereby gives Notice that this is an Asset case. The Trustee also requests the Clerk to fix a bar date to file claims against the estate.

Dated: February 18, 2026                    /s/ Robert W. Seitzer
                                            Robert W. Seitzer
                                            Chapter 7 Trustee