## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **FLYCAR, INC.** | : | **BANKRUPTCY NO. 25-13943 (AMC)** |
| | : | |
| **Debtor** | : | |
| | : | |

## NOTICE OF CHANGE FROM ASSET TO NO ASSET

**TO THE CLERK:**

Robert W. Seitzer, Chapter 7 Trustee, hereby notifies the Clerk that this case is to be reclassified as a No-Asset case.  The Trustee believes that there are no viable assets to administer in this bankruptcy proceeding.  Accordingly, this is to be changed to a no-asset case.


Dated: April 16, 2026

/s/ Robert W. Seitzer, Esquire
Chapter 7 Trustee
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500